UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

STATEMENT OF UNDISTRIBUTED BALANCE

In the Matter of:                    Case Number 05-53995 GMB

Debtor: Jose A. & Elizabeth Santiago

| Check Number | Creditor | Amount |
|---|---|---|
| 1693199 | Jose A. & Elizabeth Santiago | 1,300.00 |

/s/ Isabel C. Balboa
Isabel C. Balboa
Chapter 13 Standing Trustee

Dated:   June 2, 2010